UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF VERMONT

| | |
|---|---|
| REVISION MILITARY, INC., f/k/a <br> REVISION EYEWEAR, INC., and <br> REVISION MILITARY, LTD., f/k/a <br> REVISION EYEWEAR, LTD., <br>     Plaintiffs <br><br>     v. <br><br> BALBOA MANUFACTURING COMPANY, <br> d/b/a BOBSTER EYEWEAR, <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )  Docket No. 5:11-cv-149 <br> ) <br> ) <br> ) <br> ) |

STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and among the parties, through their respective counsel, that this action shall be and hereby is DISMISSED WITH PREJUDICE.  Each party shall bear its own costs and fees.

Dated:    Burlington, Vermont
               May 15, 2013

            */s/ Andrew D. Manitsky*
            Andrew D. Manitsky, Esq.
            Gravel & Shea PC
            76 St. Paul Street, 7th Floor, P. O. Box 369
            Burlington, VT  05402-0369
            (802) 658-0220
            amanitsky@gravelshea.com
            For Plaintiffs

- 2 -

Dated: Burlington, Vermont
May 15, 2013

*/s/ Steele N. Gillaspey*
Steele N. Gillaspey, Esq.
Gillaspey & Gillaspey
The NBC Tower
225 Broadway, Suite 2220
San Diego, CA  92101
(619) 234-3700
sng@g-glaw.com
For Defendant

gravel & shea ATTORNEYS AT LAW
76 St. Paul Street
Post Office. Box 369
Burlington, Vermont  05402-0369
A PROFESSIONAL CORPORATION

- 2 -